UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON T. SCOTT,

*Plaintiff*,

v.

JOHN DOE CERT OFFICER-A, *et al.*,

*Defendants*.

No. 25-CV-9276 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Plaintiff, who is currently incarcerated at Sing Sing Correctional Facility, brings this Action, pro se, under 42 U.S.C. § 1983, alleging that Defendants used excessive force and failed to intervene to protect him during a search of his cell. In his Complaint, Plaintiff names as Defendants several John Does and the Sing Sing Superintendent, Michael Capra. (*See* Compl. (Dkt. No. 1).) The Court granted Plaintiff's application to proceed in forma pauperis by order dated November 7, 2025. (*See* Order (Dkt. No. 5).)

On December 2, 2025, the Court entered an Order of Service directing the United States Marshals Service to effect service on Defendant Capra. (*See* Order of Service (Dkt. No. 7).) The Court also ordered the New York State Attorney General's Office to "ascertain the identity and badge number of each John Doe whom Plaintiff seeks to sue here and the address where the

defendant may be served," and to "provide this information to Plaintiff and the Court within sixty days of the date of this [O]rder." (*Id.* at 2–3.)

To date, the New York State Attorney General's Office has not provided the Court with this information and there is no indication on the docket that it has provided this information to Plaintiff. (*See generally* Dkt.)

Accordingly, the New York State Attorney General's Office is hereby ordered to respond to the Court's Order of Service by no later than November 2, 2026. Plaintiff's time to serve the John Doe Defendants is extended until thirty days after the New York State Attorney General's Office provides the requested information.

The Clerk of Court is respectfully directed to mail a copy of this Order, the Court's Order of Service (Dkt. No. 7), and the Complaint (Dkt. No. 1), to the New York State Attorney General's Office at: Managing Attorney's Office, 28 Liberty Street, 16th Floor, New York, NY 10005. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED: October 2, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE